UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEMAR RHOME,<br><br>             Plaintiff,<br><br>     vs.<br><br>UNITED STATES POSTAL SERVICE,<br><br>             Defendants. | NO.  CV-07-5005-FVS<br><br>ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING REQUIREMENTS |

     By Order dated February 6, 2007, the court directed Mr. Rhome, if he wished to file a civil action, to file his complaint on the form provided, along with the appropriate filing fee or *in forma pauperis* application.  Plaintiff was admonished his failure to do so would be construed as his consent to dismissal of this action.  Plaintiff did not respond and has filed nothing further in this action.

     The court has no basis on which to proceed with this action under Rule 3, Federal Rules of Civil Procedure, and 28 U.S.C. §§ 1914 and 1915.  Therefore, **IT IS ORDERED** this action is **DISMISSED without prejudice** to Plaintiff submitting a future action in which he complies with these provisions.

     **IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff, and

ORDER TO COMPLY WITH FILING REQUIREMENTS -- 1

close the file.

**DATED** this___2nd___day of March 2007.

```
                    s/ Fred Van Sickle
                    FRED VAN SICKLE
              UNITED STATES DISTRICT JUDGE
```

ORDER TO COMPLY WITH FILING REQUIREMENTS -- 2